**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

800-840 Cooper Street
Suite 350
Camden, New Jersey 08102

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

**CHESTER M. KELLER**
FIRST ASSISTANT

(856) 757-5341   Telephone
(856) 757-5273   Facsimile

January 7, 2021

The Honorable Karen M. Williams
United States Magistrate Court Judge
United States District Court – District of New Jersey
Mitchell H. Cohen Federal Courthouse
One John F. Gerry Plaza
Fourth and Cooper Streets
Camden, NJ 08101

        **RE:**   **United States v. Richard Tobin**
              **Criminal No. 19-5644(KMW)**
              **Proposed Consent Order to Modify Conditions**
              **of Release**

Dear Judge Williams:

      After consultation with U.S. Pretrial Services, I am requesting that Richard Tobin's bail conditions be modified to place him on a curfew from 7:00pm to 7:00am. Furthermore, I am requesting that Mr. Tobin be permitted to leave his home outside of the curfew limits with preapproval by U.S. Pretrial Services.

      Mr. Tobin is continuing to engage in mental health treatment and is on a house arrest with electronic monitor. Mr. Tobin has been on pretrial release since April 15, 2020 and has been in full compliance of his conditions of release. Assistant U.S. Attorney Kristen Harberg has no objection to this request. A proposed Order is attached.

                            Respectfully submitted.

                            *s/ Lisa Evans Lewis*
                            LISA EVANS LEWIS
                            Assistant Federal Public Defender

cc:     Kristen Harberg, Assistant United States Attorney
          Gary Pettiford, Supervisory U.S. Pretrial Services Officer

_____