2019R00966/KMH

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. ~~20-~~  21-173 (RBK) |
| | : | |
| v. | : | |
| | : | 18 U.S.C. § 241 |
| RICHARD TOBIN | : | |

### INFORMATION

The defendant having waived in open court prosecution by Indictment, the Acting United States Attorney for the District of New Jersey charges:

From on or about September 15, 2019 through on or about September 23, 2019, in Camden County, in the District of New Jersey, and elsewhere, the defendant,

RICHARD TOBIN,

and others, did conspire to injure, oppress, threaten, and intimidate minority citizens, including Jewish citizens, of the United States, in the free exercise and enjoyment of the right secured by the Constitution and laws of the United States, to hold and use real and personal property in the same manner as that right is enjoyed by white citizens, as guaranteed by Title 42, United States Code, Section 1982.

In violation of Title 18, United States Code, Section 241.

*Rachael A. Honig* by AC

_____
RACHAEL A. HONIG
Acting United States Attorney
PAM KARLAN
Principle Deputy Assistant Attorney General
Civil Rights Division

CASE NUMBER: _____

# United States District Court
# District of New Jersey

**UNITED STATES OF AMERICA**

v.

**RICHARD TOBIN**

# INFORMATION FOR

**18 U.S.C. § 241**

**RACHAEL A. HONIG**
*ACTING U.S. ATTORNEY, NEWARK, NEW JERSEY*

**KRISTEN M. HARBERG**
*Assistant U.S. Attorney*
*Camden, New Jersey*
*(856) 757-5026*