AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| United States of America <br> v. <br> Richard Tobin <br> *Defendant* | ) <br> ) Case No. 21-173 (RBK) <br> ) <br> ) <br> ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 2/26/2021

s/ Richard Tobin
*Defendant's signature*

s/ Lisa Evans Lewis
*Signature of defendant's attorney*

Lisa Evans Lewis, Esquire
*Printed name of defendant's attorney*

*Judge's signature*

Hon. Robert B. Kugler, U.S. District Court Judge
*Judge's printed name and title*