DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD TOBIN<br><br>Defendant. | Case No. 21-173 (RBK)<br><br>SENTENCING SUBMISSION NOTICE OF THE UNITED STATES |

Please be advised that, on October 13, 2021, the United States submitted sentencing materials to the Court in this case concerning the defendant.

RACHAEL A. HONIG
Acting United States Attorney

By: _____
Assistant U.S. Attorney

Dated: October 14, 2021