Richard Tobin
Reg# 73122-050
FCI Elkton
PO Box 10
Lisbon, OH 44432

Feb. 7, 2022

US District Court of New Jersey
Martin Luther King US Courthouse
50 Walnut St, Rm 4015
Newark, NJ 07101

2022 FEB 14 A 11:02
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

Re: Case No. 1:21-CR-00173-RBK-1
    Criminal Docket Sheet Request

Dear Clerk:

   Please return mail to me a copy of the Criminal Docket Sheet pertaining to the above listed case number in this district court, to the above headed address.

   Thank you in advance for your anticipated cooperation in this matter. I look forward to your timely response.

Sincerely, Richard Tobin

Richard Tobin #73122-050
Prisoner /pro-se

NAME Richard Tobin
REG.# 73022-050
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2022 FEB 14 A 11: 01

07102-359599

US District Court
Office of the Clerk
Martha Luther King US Courthouse
50 Walnut Street
Newark, NJ 07101

CLEVELAND OH 440
8 FEB 2022 PM 6 L