PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Richard Tobin                        Cr.: 21-00173-001
                                                                            PACTS #: 6629593

Name of Sentencing Judicial Officer:    THE HONORABLE ROBERT B. KUGLER
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/16/2021

Original Offense:    Count One: Conspiracy against Civil Rights, 18 U.S.C. § 241

Original Sentence: Imposed on 11/17/2021; 366 Days imprisonment, 3 years supervised release

Special Conditions: Special Assessment ($100), Restitution ($7000), Community Service (150 hours), Computer Monitoring, Gang/Criminal Associations Prohibition, Financial Disclosure, Mental Health Treatment, No New Debt, Life Skills/Education

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/15/2022

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    The individual under supervision has violated the mandatory supervision condition which states **'You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664.'**

                     On November 17, 2021, the Honorable Robert B. Kugler, Senior United States District Judge of the District of New Jersey, ordered Mr. Tobin to make restitution payments in the amount of $7000. Payments were to be made monthly in an amount determined by the United States Probation Office.

                     To date, Mr. Tobin has not made any payments towards his restitution obligation, leaving a remaining balance of $7000.

U.S. Probation Officer Action:

Mr. Tobin commenced his term of supervised release on June 15, 2022. Mr. Tobin has remained unemployed throughout his entire term of supervised release (outside of an approximate one-month employment episode). He is financially supported by his family.

The probation office respectfully recommends the following response to Mr. Tobin's non-compliance:

Prob 12A – page 2
Richard Tobin

1. Allow this document to be served to Mr. Tobin as an *Official Written Reprimand of the Court*.
2. Allow the probation office to aide Mr. Tobin in securing gainful employment. Subsequently structuring a payment plan based off Mr. Tobin's earned income.

The probation office respectfully recommends no formal Court action at this time. However, if it is determined that Mr. Tobin has not put forth the appropriate effort in securing employment and establishing compliance with a payment plan, the probation office would make further Court notification and Court intervention.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____   5/4/2023
ANTHONY M. STEVENS                Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ This document is to be served as an *Official Written Reprimand of the Court* (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

May 4, 2023
Date