PROB 12B
(10/24)

# United States District Court

### for

### District of New Jersey

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Individual Under Supervision

*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Individual Under Supervision:** Richard Tobin                          **Cr.:** 21-00173-001
                                                                                **PACTS #:** 6629593


**Name of Judicial Officer:**    THE HONORABLE ROBERT B. KUGLER
                                 SENIOR UNITED STATES DISTRICT JUDGE
                                 (Reassigned to the Hon. Christine P. O'Hearn on July 23, 2024)

**Original Offense:**    Conspiracy Against Civil Rights, in violation of 18 U.S.C. § 241, a Class C Felony

**Original Sentence:** Imposed on 11/16/2021; 366 days imprisonment, 3 years supervised release

**Special Conditions:** Special Assessment ($100), Restitution ($7,000), Community Service (150 hours), Computer Monitoring Software, Computer Search, Computer Search for Monitoring Software, Financial Disclosure, Gang Associate/Member, Gang Restriction Court Ordered, Life Skills Counseling, Education/Training Requirements, Mental Health Treatment, No New Debt/Credit, Place Restriction Area

**Type of Supervision:** Supervised Release                **Date Supervision Commenced:** 06/15/2022

### PETITIONING THE COURT

☐    To extend the term of supervision for _____ years, for a total term of _____ years.

☑    To modify the conditions of supervision as follows:

**COMMUNITY SERVICE (20 hours)**

You must contribute 20 hours of community service work by June 12, 2025, or less. This service will be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

### CAUSE

Mr. Tobin's term of supervised release commenced on June 15, 2022. Mr. Tobin is unemployed and is entirely financially dependent on his grandmother. Mr. Tobin has also failed to produce documentation of an employment search, as directed by the undersigned. Mr. Tobin states that his treatment schedule, transportation issues, and his mental health status preclude him for attaining gainful employment.

Mr. Tobin is non-compliant with his current restitution order. Mr. Tobin was ordered to pay restitution in the amount of $7,000. He has not made a payment since May 7, 2024, which was for $10. A balance of $6,815.28 remains.

The Probation Office respectfully recommends a special condition of 20 hours community service be ordered, in response to this non-compliance. It is also recommended that these hours are to be completed by June 12, 2025. The undersigned discussed this sanction with the U.S. Attorney's Office, and they agree with this recommendation.

Prob 12B – page 2
Richard Tobin

Mr. Tobin did sign the *Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision*, agreeing to adding the special condition of 20 hours community service.

Respectfully submitted,

JOSEPH A. DAGROSSA, Chief
U.S. Probation Officer

By:   MATTHEW J. WEBER
Senior U.S. Probation Officer

/ mjw

APPROVED:

_____   5/31/25
ANTHONY M. STEVENS                Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

☑ The Modification of Conditions as Noted Above (as recommended by the Probation Office)

☐ No Action

☐ Other

_____
Signature of Judicial Officer

_____
6/3/25
Date

PROB 49
(4/19)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

☑ To modify the conditions of supervision as follows:

**COMMUNITY SERVICE (20 hours)**

You must contribute 20 hours of community service work by June 12, 2025, or less. This service will be without compensation, with the specific work placement to be approved by the U.S. Probation Office.

Witness: _____    Signed: _____
Senior U.S. Probation Officer                    Probationer or Supervised Releasee
Matthew J. Weber                                       Richard Tobin

5/29/2025
_____
Date